**Opinion issued August 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00379-CV**

———————————

**ALI CHOUDHRI, Appellant**

**V.**

**CENTRAL BANK, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-01305**

---

**MEMORANDUM OPINION**

Appellant, Ali Choudhri, filed a notice of appeal from the trial court's February 18, 2025 order granting summary judgment in favor of appellee, Central Bank. Appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On June 23, 2025,

appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by July 23, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.